No. 657. ATLANTIC COAST LINE RAILROAD CO. *v.* FREEMAN, ADMINISTRATRIX. C. A. 5th Cir. Certiorari denied. *Peyton D. Bibb* and *Charles Cook Howell* for petitioner. *G. Ernest Jones, Jr.* and *G. Ernest Jones, Sr.* for respondent.

No. 661. KING ET AL. *v.* STREIT ET AL. Supreme Court of Florida. Certiorari denied. *Claude Pepper, W. G. Ward* and *T. J. Blackwell* for petitioners. *Robert H. Anderson* for respondents.

No. 299, Misc. IVA IKUKO TOGURI D'AQUINO *v.* UNITED STATES. C. A. 9th Cir. The motion for leave to file brief of Milton J. Jarvis and others, as *amici curiae,* is denied. Certiorari also denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Wayne M. Collins, George Olshausen* and *Marvel Shore* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 322, Misc. MAHLER *v.* FRISBIE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 339, Misc. SUPERO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 396, Misc. WILLIAMS *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS ET AL. C. A. 6th Cir. Certiorari denied. *Sheldon D. Clark* and *Stanley U. Robinson, Jr.* for petitioner. *Jerome N. Curtis, Harry N. Routzohn* and *Edward J. Schweid* for respondents.